# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131189
& (37)

SANDRA J. ZEMAITIS, Personal
Representative of the Estate of
James Carl Zemaitis,
          Plaintiff-Appellee,

v

SPECTRUM HEALTH, and
ROBERT LANG, M.D.,
          Defendants-Appellants.

SC: 131189
COA: 265698
Kent CC: 03-011860-NH

_____/

     On order of the Court, the application for leave to appeal the April 6, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

11120